AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| | |
|---|---|
| MONTEREY BAY MILITARY HOUSING, LLC, MONTEREY BAY LAND, LLC, MEADE COMMUNITIES LLC, FORT BLISS/WHITE SANDS MISSILE RANGE HOUSING LP, RILEY COMMUNITIES LLC, FORT LEAVENWORTH FRONTIER HERITAGE COMMUNITIES, I, LLC, FORT LEAVENWORTH FRONTIER HERITAGE COMMUNITIES, II, LLC, CARLISLE/PICATINNY FAMILY HOUSING LP, BRAGG COMMUNITIES LLC, FORT DETRICK/WALTER REED ARMY MEDICAL CENTER LLC, PICERNE-FORT POLK FUNDING, LLC, RUCKER COMMUNITIES LLC, STEWART HUNTER HOUSING LLC, SILL HOUSING, LLC, AETC HOUSING LP, AMC WEST HOUSING LP, LACKLAND FAMILY HOUSING, LLC, and VANDENBERG HOUSING LP,<br><br>*Plaintiff(s)*<br>v.<br><br>AMBAC ASSURANCE CORPORATION, JEFFERIES MORTGAGE FINANCE, INC., JEFFERIES & COMPANY, INC., JEFFERIES LLC, JEFFERIES GROUP LLC, DANNY RAY, ANNANDALE PLANTATION, LLC, ANNANDALE PLANTATION, LLC, and CHETAN MARFATIA,<br><br>*Defendant(s)* | Civil Action No. 5:17-cv-04992 |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

**SEE ATTACHED**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Michael P. Esser, Kirkland & Ellis LLP, 555 California Street, 27th Floor, San Francisco, CA 94104

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____                                _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):* _____
_____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

**Attachment to Summons in a Civil Action**

*Monterey Bay Military Housing, LLC, et al. v. Ambac Assurance Corporation, et al.*
United States District Court, Northern District of California

Case No. 5:17-cv-04992

Ambac Assurance Corporation
Nancy Flores
c/o CT Corp. Systems
818 West 7th Street
Los Angeles, CA 90017

Jefferies Mortgage Finance, Inc.
c/o Secretary of State
1500 11th Street
3rd Floor, Room 390
Sacramento, CA 95814

Jefferies Mortgage Finance, Inc.
c/o Jefferies NY
520 Madison Ave.
New York, NY 10022

Jefferies & Company, Inc.
c/o Secretary of State
1500 11th Street
3rd Floor, Room 390
Sacramento, CA 95814

Jefferies & Company, Inc.
c/o Jefferies NY
520 Madison Ave.
New York, NY 10022

Jefferies LLC
c/o CT Corporation
818 W. Seventh Street, Suite 930
Los Angeles, CA  90017

Jefferies LLC
c/o Jefferies NY
520 Madison Ave.
New York, NY 10022

Jefferies Group LLC
c/o CT Corporation
818 W. Seventh Street, Suite 930
Los Angeles, CA  90017

Jefferies Group LLC
c/o Jefferies NY
520 Madison Ave.
New York, NY 10022

Danny Ray
732 Prince Street
Georgetown, SC 29585

Annandale Plantation, LLC
c/o Danny Ray (Registered Agent)
22415 Sunset Dr.
Golden, CO 80814

Annandale Plantation, LLC
c/o Danny Ray
732 Prince Street
Georgetown, SC 29585

Annandale Plantation, LLC
c/o Danny Ray (Registered Agent)
732 Prince Street
Georgetown, SC 29585

Chetan Marfatia
13 Horton Court
West Harrison, NY  10604